# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **V.** | ) | (For Offenses Committed On or After November 1, 1987) |
| | ) | |
| **MARTIN WALTER LUCAS** | ) | Case Number:  4:91-cr-00092-MR-DLH-1 |
| | ) | USM Number:  09130-058 |
| | ) | |
| | ) | Charles R. Brewer |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ Admitted guilt to violation of condition(s)  1, 2, 3 & 4 as stated in Petition and conditions 5s, 6s, 7s & 8s as stated in Second Addendum [Doc. 11] of the term of supervision.

☐ Was found in violation of condition(s) count(s) after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Concluded |
|---|---|---|
| 1 | FAILURE TO PAY RESTITUTION AS DIRECTED BY THE U.S. PROBATION OFFICER | |
| 2 | FAILURE TO MAINTAIN EMPLOYMENT AS DIRECTED BY THE U.S. PROBATION OFFICER | |
| 3 | FAILURE TO NOTIFY U.S. PROBATION OFFICER WITHIN 72 HOURS OF ANY CHANGE IN RESIDENCE | |
| 4 | FAILURE TO SUCCESSFULLY PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM AS DIRECTED BY THE U.S. PROBATION OFFICER | |
| 5s | NEW LAW VIOLATION – RESISTING ARREST - ASSAULT ON AN OFFICER | 9/04/1999 |
| 6s | NEW LAW VIOLATION – BURGLARY 2ND DEGREE | 3/17/2000 |
| 7s | NEW LAW VIOLATION – PETIT LARCENY (TWO COUNTS) | 3/17/2000 |
| 8s | NEW LAW VIOLATION – ESCAPE | 3/17/2000 |

The Defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ The Defendant has not violated condition(s) and is discharged as such to such violation(s) condition.

☒ Violation(s)  5-11 in First Addendum [Doc. 5]  are dismissed on the motion of the United States.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:  8/21/2014

Signed: August 23, 2014

Martin Reidinger
United States District Judge

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWENTY-FOUR (24) MONTHS</u>.

☒ The Court makes the following recommendations to the Bureau of Prisons:

- Participation in the Federal Inmate Financial Responsibility Program.
- Participation in any available educational and vocational opportunities.

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

    ☐ As notified by the United States Marshal.
    ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ As notified by the United States Marshal.
    ☐ Before 2 p.m. on _.
    ☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.


_____
          United States Marshal

                              By: _____
                                       Deputy Marshal

Defendant: Martin Walter Lucas                                          Judgment- Page **3** of **3**
Case Number: 4:91-cr-00092-MR-DLH-1

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments.

| ASSESSMENT | FINE | RESTITUTION |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

☐ The determination of restitution is deferred until. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ In all other respects, the terms of the original judgment [Doc. 3] in this matter remain in full force and effect, including the order for payment of:

      ☒ restitution, there being a balance remaining in the amount of $2,550.00.
      ☐ court-appointed counsel fees, there being a balance remaining in the amount of $ .
      ☐ special assessment, there being a balance remaining in the amount of $ .

## FINE

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## COURT APPOINTED COUNSEL FEES

☐ The defendant shall pay court appointed counsel fees.

☐ The defendant shall pay $0.00 towards court appointed fees.